# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510<br>New York, New York 10165 | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

jbarton@faillacelaw.com

November 25, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED:
The conference scheduled for December 1, 2020 is adjourned to January 7, 2021 at 9:30 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

November 25, 2020

Re: <u>Flores v. Silver Moon Deli, Inc. et al.; 20 CV 6759</u>

Dear Judge Gardephe:

    We represent Plaintiff in the above-referenced matter. We write to request the initial conference scheduled for December 1, 2020 be adjourned sine die. This is the first request of its kind and is submitted on consent.

    Defendants have neither answered nor appeared. However, Defendants contacted this firm several weeks ago and the parties were able to reach a settlement agreement in principal. The parties anticipate being in a position to submit their agreement to the Court for approval within thirty days.

    We thank the Court for its time and attention.

Respectfully Submitted,

*/s/ Jesse Barton*
Jesse Barton, Esq.