# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510<br>New York, New York 10165 | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

jbarton@faillacelaw.com

January 5, 2021

MEMO ENDORSED:
The application is granted. The conference currently scheduled for January 7, 2021 is adjourned to **February 4, 2021 at 10:00 a.m.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

January 6, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Flores v. Silver Moon Deli, Inc. et al.; 20 CV 6759

Dear Judge Gardephe:

We represent Plaintiff in the above-referenced matter. We write to request the initial conference scheduled for January 7, 2021 be adjourned for thirty days. This is the second request of its kind and is submitted on consent.

The parties have been working diligently on finalizing their settlement papers, however, the process is taking longer than expected. As such, the parties respectfully request that the conference on January 7, 2021 be adjourned. The parties anticipate being able to submit their papers to Court before then.

We thank the Court for its time and attention.

Respectfully Submitted,

*/s/ Jesse Barton*
Jesse Barton, Esq.