# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                        Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620

jbarton@faillacelaw.com

MEMO ENDORSED:
The application is granted. The
conference scheduled for February 4,
January 5, 2021          2021 is adjourned to **March 4, 2021 at 9:30 a.m.**

**Via ECF**                              SO ORDERED.
Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square                          _____
New York, NY 10007                       Paul G. Gardephe
                                         United States District Judge
                                         Dated: February 3, 2021

        Re:    Flores v. Silver Moon Deli, Inc. et al.; 20 CV 6759

Dear Judge Gardephe:

        We represent Plaintiff in the above-referenced matter.  We write to request the initial
conference scheduled for January 7, 2021 be adjourned for thirty days.  This is the second request
of its kind and is submitted on consent.

        The parties have been working diligently on finalizing their settlement papers, however,
the process is taking longer than expected.  As such, the parties respectfully request that the
conference on January 7, 2021 be adjourned.  The parties anticipate being able to submit their
papers to Court before then.

        We thank the Court for its time and attention.

                        Respectfully Submitted,


                        /s/ Jesse Barton
                        Jesse Barton, Esq.

*Certified as a minority-owned business in the State of New York*